No. 223. BLOCK *v.* BLOCK. On petition for writ of certiorari to the Supreme Court of Ohio. *Per Curiam:* The petition for writ of certiorari is granted; the judgment is vacated, and the cause is remanded to the Supreme Court of Ohio for clarification as to whether its decision rests on state or federal grounds. See *Halvey* v. *Halvey,* 330 U. S. 610. *Henry B. Street* and *Philip R. Toomin* for petitioner. *Murray Seasongood* and *Robert P. Goldman* for respondent.

No. 271. UNITED STATES *v.* COLOTTA ET AL., DOING BUSINESS AS LONG & CHAMBLESS PLUMBING & HEATING Co. On petition for writ of certiorari to the Supreme Court of Mississippi. *Per Curiam:* The petition for writ of certiorari in this case is granted and the judgment is reversed. MR. JUSTICE DOUGLAS dissents. *Solicitor General Sobeloff, Assistant Attorney General Holland, Marvin E. Frankel, Ellis N. Slack, A. F. Prescott* and *Fred E. Youngman* for the United States.

No. 30, Misc. GREGORY *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. *Per Curiam:* The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the Court of Appeals for consideration on the merits. Petitioner *pro se. Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 283, Misc. BURWELL *v.* TEETS, WARDEN. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The motion for stay of execution of death sentence and the peti-

tion for writ of certiorari to the Court of Appeals for the Ninth Circuit are granted. The judgment of that court is reversed, and the case is remanded so that the petitioner's application for a certificate of probable cause may be entertained on its merits. *House* v. *Mayo,* 324 U. S. 42, 48 (1945). Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 262, Misc. ROGERS *v.* TEETS, WARDEN. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. *Per Curiam:* The motion for stay of execution of death sentence and the petition for writ of certiorari to the Court of Appeals for the Ninth Circuit are granted. The judgment of that court is reversed, and the case is remanded so that the petitioner's application for a certificate of probable cause may be entertained on its merits. *House* v. *Mayo,* 324 U. S. 42, 48 (1945). Petitioner *pro se. Edmund G. Brown,* Attorney General of California, *Clarence A. Linn,* Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for respondent.

No. 170. GENERAL STORES CORP. *v.* SHLENSKY ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Second Circuit. Motion for leave to file brief of respondents, Wage Claimants, granted. Petition for writ of certiorari granted. *Edwin M. Otterbourg* for petitioner. *Solicitor General Sobeloff, William H. Timbers, Thomas G. Meeker* and *David Ferber* for the Securities & Exchange Commission, *A. Alan Reich* for Shlensky, *Samuel Blumberg* for the Creditors